# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2020

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial)<br><br>CRISTOL, A. J. | 2. Court or Organization<br><br>U.S. BANKRUPTCY COURT, FLORIDA | 3. Date of Report<br><br>07/16/2021 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>CHIEF JUDGE EMERITUS | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2020<br>**to**<br>12/31/2020 |
| 7. Chambers or Office Address<br><br>C. CLYDE ATKINS UNITED STATES COURTHOUSE<br>301 NORTH MIAMI AVENUE<br>CHAMBERS 717<br>MIAMI, FLORIDA 33128 | | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Judicial Director | University of Miami School of Law Alumni Association |
| 2. | Trustee | Trust #2 |
| 3. | Trustee | Trust #3 |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CRISTOL, A. J. | 07/16/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✔ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CRISTOL, A. J. | 07/16/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CRISTOL, A. J. | 07/16/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B<br>Income during reporting period | | C<br>Gross value at end of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount Code 1<br>(A-H) | (2)<br>Type (e g , div , rent, or int ) | (1)<br>Value Code 2<br>(J-P) | (2)<br>Value Method Code 3<br>(Q-W) | (1)<br>Type (e g , buy, sell, redemption) | (2)<br>Date mm/dd/yy | (3)<br>Value Code 2<br>(J-P) | (4)<br>Gain Code 1<br>(A-H) | (5)<br>Identity of buyer/seller (if private transaction) |
| 1. General Electric | A | Dividend | K | T | | | | | |
| 2. Service PPYS TR (formerly Hospitality Partners | A | Dividend | J | T | | | | | |
| 3. Cohen & Steers | C | Dividend | K | T | Sold (part) | 05/19/20 | J | B | |
| 4. Elbit | A | Dividend | K | T | | | | | |
| 5. AT&T | C | Dividend | L | T | Buy (add'l) | 01/30/20 | J | | |
| 6. | | | | T | Buy (add'l) | 03/09/20 | J | | |
| 7. | | | | | Buy (add'l) | 07/20/20 | J | | |
| 8. Nuveen Real Estate Fund Com | A | Dividend | | | Sold | 05/05/20 | J | A | |
| 9. Lord Abbett Floating Rate/High Yield | D | Dividend | M | T | Sold (part) | 06/12/20 | K | A | |
| 10. Apple Inc | B | Dividend | L | T | | | | | |
| 11. Comcast Corp NEw Special CL A | A | Dividend | K | T | | | | | |
| 12. Grandeur Peak Int'l Oppertunities | A | Dividend | | | Sold | 05/05/20 | J | A | |
| 13. Genesis Energy LP | A | Distribution | J | T | | | | | |
| 14. Angel Oak Multi Strategy | D | Dividend | M | T | | | | | |
| 15. Alphabet Inc CL A | | None | L | T | | | | | |
| 16. Alphabet Inc CL C | | None | K | T | | | | | |
| 17. Grandeur Peak Global | A | Dividend | | | Sold | 05/05/20 | K | B | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CRISTOL, A. J. | 07/16/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18.  Home Depot Inc | A | Dividend | K | T | Buy<br>(add'l) | 09/29/20 | J | | |
| 19.  UnitedHealth Group Inc | A | Dividend | L | T | | | | | |
| 20.  Maine St Hsg Auth Mtge P SR D | A | Interest | K | T | Redeemed<br>(part) | 05/22/20 | J | | |
| 21. | | | | | Redeemed<br>(part) | 11/18/20 | J | | |
| 22.  Mastercard Inc CL A | A | Dividend | K | T | | | | | |
| 23.  Pepsico Inc | A | Dividend | K | T | | | | | |
| 24.  American Tower Corp REIT | A | Interest | K | T | | | | | |
| 25.  Miscrosoft Corp | A | Dividend | L | T | | | | | |
| 26.  Visa Inc. CL A | A | Dividend | L | T | Buy<br>(add'l) | 02/27/20 | J | | |
| 27. | | | | T | Buy<br>(add'l) | 10/26/20 | J | | |
| 28.  Heico Corp New | A | Dividend | L | T | | | | | |
| 29.  Citigroup Globarclaybal Markets TAR-SS<br>MXEA SX5E 12/21/2021 | | None | L | T | | | | | |
| 30.  Block Financial NTS B/A 4.125% 100120<br>DTD093015 | B | Interest | | | Redeemed | 10/01/20 | J | | |
| 31.  Viacom Inc B/E 4.250% 090123 DTD<br>081913 | B | Interest | K | T | | | | | |
| 32.  Metropolitan Transit Auth SR E B/ER | B | Interest | K | T | | | | | |
| 33.  North TX TWY Auth SR A RV B/E/R | B | Interest | K | T | | | | | |
| 34.  American Tower Corp B/E 4.70% 031522<br>DTD031212 | A | Dividend | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CRISTOL, A. J. | 07/16/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. Fidelity Natl Inform NTS 4.5% 101522 DTD102015 | A | Interest | | | Redeemed | 01/02/20 | K | A | |
| 36. NASDAQ QMX Group 4.225% 060124 DTD052914 | B | Interest | K | T | | | | | |
| 37. Clearbridge Dividend Strategy FD CL I | A | Dividend | K | T | | | | | |
| 38. Barclays Bank PLC L/O TA-CYN SPX SX5E | | None | | | Redeemed | 01/31/20 | K | A | |
| 39. Johnson & Johnson com | A | Dividend | K | T | | | | | |
| 40. Victory Floating Rate Fund Class Y | D | Int./Div. | M | T | | | | | |
| 41. Alpha Centric Income Opportunities Fund Class 2/21/18 | D | Int./Div. | M | T | | | | | |
| 42. Keurig DR Pepper Inc | A | Dividend | J | T | | | | | |
| 43. New York NY City Transi B-4 RV LOC | A | Interest | M | T | | | | | |
| 44. Abbott Labs | A | Dividend | L | T | Buy (add'l) | 02/26/20 | J | | |
| 45. | | | | T | Buy (add'l) | 02/27/20 | J | | |
| 46. | | | | T | Buy (add'l) | 02/27/20 | J | | |
| 47. Berkshire Hathaway Inc CL B | | None | | | Sold | 03/24/20 | K | A | |
| 48. Thermo Fisher Scientific Inc | A | Dividend | K | T | | | | | |
| 49. Best Buy Co Inc B/E 05.500% | B | Interest | | | Redeemed | 12/15/20 | K | A | |
| 50. Campbell Soup Co NTS B/E 03.650% | B | Interest | L | T | | | | | |
| 51. Expedia Inc NTS B/E 05-950% | B | Interest | K | T | Buy (add'l) | 05/06/20 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CRISTOL, A. J. | 07/16/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. | | | | T | Redeemed<br>(part) | 10/01/20 | K | A | |
| 53. Wellcare Halth Plans Inc | | None | | | Sold | 01/23/20 | J | D | |
| 54. CBS Corp B/E 03.500% | A | Interest | K | T | | | | | |
| 55. O'Reilly Automotive Inc 04.625% | A | Interest | J | T | Buy<br>(add'l) | 12/15/20 | J | | |
| 56. Coresite Rlty Corp Com Reit | A | Dividend | K | T | Buy<br>(add'l) | 09/18/20 | J | | |
| 57. Salesforce.com Inc | | None | K | T | Buy<br>(add'l) | 11/27/20 | J | | |
| 58. | | | | | Buy<br>(add'l) | 12/15/20 | J | | |
| 59. Alcon Inc Chf | | None | | | Buy<br>(add'l) | 02/27/20 | J | | |
| 60. | | | | | Sold | 09/17/20 | K | D | |
| 61. First Trust Nasdaq Cybersecurity ETF | A | Dividend | K | T | | | | | |
| 62. American Century High Income FD CL I | C | Dividend | M | T | Buy<br>(add'l) | 06/12/20 | K | | |
| 63. Paypal Holdings Inc | | None | K | T | Buy<br>(add'l) | 02/27/20 | J | | |
| 64. Fortune Brnds Home & Sec 04.000% | B | Interest | K | T | | | | | |
| 65. Tandum Diabetes Care Inc Com New | | None | K | T | | | | | |
| 66. Intl Lease Fin Corp NTS 04.625% | B | Interest | K | T | | | | | |
| 67. Mastec Inc | | None | K | T | Buy<br>(add'l) | 03/05/20 | J | | |
| 68. UBS BK USA Salt LA US RT 3% | B | Interest | | | Redeemed | 05/08/20 | M | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CRISTOL, A. J. | 07/16/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | SPDR S&P Biotech ETF | A | Dividend | K | T | Buy | 02/26/20 | J | | |
| 70. | Twitter Inc | | None | J | T | Buy | 03/11/20 | J | | |
| 71. | Microsoft Corp | A | Dividend | L | T | Buy | 03/12/20 | J | | |
| 72. | Performance Trust Strategic Fd CL I | B | Dividend | M | T | Buy | 07/16/20 | K | | |
| 73. | | | | | T | Buy (add'l) | 10/09/20 | K | | |
| 74. | Vodafone Group PLC Spon ADR | | None | K | T | Buy | 08/18/20 | K | | |
| 75. | Abbvie Inc Com | A | Dividend | J | T | Buy | 09/01/20 | J | | |
| 76. | Ishares Gold Trust ETF | A | Interest | K | T | Buy | 11/09/20 | K | | |
| 77. | Tandem Diabetes Care Inc Com New | | None | K | T | Buy | 11/16/20 | J | | |
| 78. | Bramshill Income Performance FD CL | A | Dividend | K | T | Buy | 12/02/20 | K | | |
| 79. | Mednax Inc (X) | | None | | | Sold | 11/06/20 | J | A | |
| 80. | Centene Corp(x) | | None | | | Sold | 01/23/20 | J | A | |
| 81. | | | | | | Sold | 03/03/20 | J | | |
| 82. | Riverbridge Growth Institutional FD CL I (X) | A | Interest | | | Sold | 03/03/20 | K | A | |
| 83. | Trust # 2 (H) | | | | | | | | | |
| 84. | Service PPYS TR (formerly Hospitality Partners | A | Dividend | J | T | | | | | |
| 85. | General Electric | A | Dividend | K | T | | | | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>J =$15,000 or less | C =$2,501 - $5,000<br>K =$15,001 - $50,000 | D =$5,001 - $15,000<br>L =$50,001 - $100,000 | E =$15,001 - $50,000<br>M =$100,001 - $250,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| CRISTOL, A. J. | 07/16/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Heico | A | Dividend | L | T | | | | | |
| 87. AT&T | B | Dividend | K | T | Buy (add'l) | 03/09/20 | J | | |
| 88. | | | | | Buy (add'l) | 07/23/20 | K | | |
| 89. Cohen&Steers | A | Dividend | J | T | | | | | |
| 90. Miami Dade Aviation | | None | J | T | | | | | |
| 91. Alphabet Inv. CL C | | None | L | T | | | | | |
| 92. Georgia Hsg & Fin Auth | A | Interest | K | T | | | | | |
| 93. Lord Abbet Floating | C | Dividend | K | T | | | | | |
| 94. Mednax Inc | | None | | | Sold | 11/06/20 | J | A | |
| 95. Angel Oak Multi Strategy Income Class Instl | C | Dividend | L | T | | | | | |
| 96. Village Cmnty Dev No 6 Ser 2013 | A | Interest | K | T | | | | | |
| 97. Amer Express | A | Dividend | K | T | | | | | |
| 98. BlackStone Group Inc CL A (Formoerly Blackstone Group LP ) | | None | L | T | | | | | |
| 99. Costco Wholesale | B | Dividend | L | T | | | | | |
| 100. Wisconsin St Clean Wtr | B | Interest | | | Redeemed | 06/01/20 | K | A | |
| 101. Royal Bank of Canada Trigger SPS SPX | | None | | | Redeemed | 06/30/20 | J | A | |
| 102. Dowdupont Inc (y) | | | | | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CRISTOL, A. J. | 07/16/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 103.  Facebook Inc CL A | | None | K | T | Buy<br>(add'l) | 02/27/20 | J | | |
| 104.  Maine ST Hsg Auth Mtge P SR D | B | Interest | K | T | Redeemed<br>(part) | 05/22/20 | J | A | |
| 105. | | | | | Redeemed<br>(part) | 11/18/20 | J | A | |
| 106.  North Dakota ST Hsg Fin SR D RV | A | Interest | K | T | | | | | |
| 107.  JP Morgan Chase & CO TriggerPS DXK | | None | | | Redeemed | 06/30/20 | J | A | |
| 108.  Indian Trace CMTY | A | Interest | K | T | | | | | |
| 109.  Citigroup Global Markets T-SS SPX 7/31/20 | | None | | | Sold | 06/17/20 | L | E | |
| 110.  Blackstone Group LP/The Unit Repstg LTD | B | Distribution | K | T | Buy<br>(add'l) | 03/09/20 | K | | |
| 111.  Cisco Systems Inc | A | Dividend | K | T | Buy<br>(add'l) | 10/09/20 | J | | |
| 112.  Victory Trivalent International Small Cap | | None | | | Sold | 05/05/20 | J | A | |
| 113.  SPDR S&P bank ETF (Y) | | | | | | | | | |
| 114.  Cobb County GA Dev Auth PK 2017 RV<br>BE/R | B | Interest | K | T | | | | | |
| 115.  Dallas Fort Worth TX IN SR C RV | B | Interest | K | T | | | | | |
| 116.  King Co WA Pub HSP DST SR B 3/13/17 | B | Interest | K | T | | | | | |
| 117.  Michigan St BLDG Auth SR I RV | B | Interest | K | T | Sold<br>(part) | 10/06/20 | N | | |
| 118.  Tallahassee FL Energy SY RV | B | Interest | K | T | | | | | |
| 119.  Washington ST Univ RV BE | B | Interest | K | T | Buy<br>(add'l) | 11/04/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CRISTOL, A. J. | 07/16/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Sold (part) | 11/04/20 | N | | |
| 121. Washington ST CTFS Partn SR B RV | A | Interest | K | T | | | | | |
| 122. Rhode Island ST TPK & BR SR A RV | B | Interest | K | T | | | | | |
| 123. Stephen F Austin ST Univ RV BE | B | Interest | K | T | | | | | |
| 124. South Carolina ST HSG D A-1 BE | B | Interest | K | T | Redeemed (part) | 01/02/20 | J | A | |
| 125. | | | | | Redeemed (part) | 04/01/20 | J | A | |
| 126. | | | | | Redeemed (part) | 07/01/20 | J | A | |
| 127. | | | | | Redeemed (part) | 10/01/20 | J | A | |
| 128. New Jersey Turnpike Auth RV BE/R | A | Interest | K | T | | | | | |
| 129. Miami Dade Cnty FL Avia A-1 RV/BE/R 5.250% 100124 DTD 083115 | C | Interest | | | Redeemed | 10/01/20 | K | A | |
| 130. Victory FLoating Rate Fund Class Y | D | Dividend | K | T | | | | | |
| 131. ALpha Centric In Opportunitiws Fund Class | C | Dividend | L | T | | | | | |
| 132. VIctory Floating Fund Rate Fund Class Y | B | Dividend | M | T | | | | | |
| 133. Automatic Data Processing Inc | A | Dividend | | | Buy (add'l) | 02/26/20 | J | | |
| 134. | | | | | Sold | 10/09/20 | K | B | |
| 135. Indianapolis IN LOC PUB SR C RV BE/R | A | Interest | K | T | | | | | |
| 136. West VA Econ Dev Auth H E SR A RV BE/R/ | B | Interest | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CRISTOL, A. J. | 07/16/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 137. Lousianna ST Univ & Agri SR A RV BE/R | A | Interest | | | Sold | 05/12/20 | K | A | |
| 138. New York ST Dorm Auth RE Tax RV/BE/R 3/21/18 | B | Interest | L | T | | | | | |
| 139. Univ North FL Fin G Corp Assur RV BE/R/ 3/22/18 | B | Interest | L | T | | | | | |
| 140. Port Seattle WA Sr A RV BE/R 4/9/18 | B | Int./Div. | L | T | | | | | |
| 141. Houston TX Util SYS for RV BE/R/ 6/18/18 | B | Interest | K | T | | | | | |
| 142. Southeast Cmnty College RV BE/R/ 8/2/18 | B | Interest | L | T | | | | | |
| 143. Brownsville TX Util Sys Assur RV BE/R/ 9/19/18 | B | Interest | L | T | | | | | |
| 144. Arlington TX SPL Tax Assur 2017 RV BE/R/ 10/15/18 | C | Interest | L | T | | | | | |
| 145. Virginia Commwlth Univ HE RV BE/R/ 11/26/18 | B | Interest | L | T | | | | | |
| 146. Fort Worth TX SPL Tax A RV BE/R/ 11/28/18 | B | Interest | | | Sold | 09/16/20 | K | A | |
| 147. Cary NC BE/R Trade 3/22/2018 | A | Interest | L | T | | | | | |
| 148. American Century High Income Fund CL I | C | Dividend | L | T | | | | | |
| 149. Lubbock TX BE/R/ 3/12/19 | B | Interest | K | T | | | | | |
| 150. WPPI Energy Power Supply Ser A BE/R/ | B | Interest | L | T | | | | | |
| 151. Harlingen TX Cons BE/R/ 4/23/19 | B | Interest | | | Redeemed | 08/17/20 | K | A | |
| 152. Indiana Mun PWR AGY Sr C | B | Interest | L | T | | | | | |
| 153. Pembroke Pines FL CAP ASSUR RV | B | Interest | L | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CRISTOL, A. J. | 07/16/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 154. Rhode Island Infrastructure RV BE/R/ | B | Interest | L | T | | | | | |
| 155. CVS Caremark Corp Call 04.125% | A | Interest | K | T | | | | | |
| 156. Wellpoint Inc. B/E 4.350% | A | Interest | | | Redeemed | 08/17/20 | J | A | |
| 157. Dow Inc. | A | Dividend | K | T | | | | | |
| 158. Wabtec Inc | A | Dividend | J | T | | | | | |
| 159. Corteva Inc | A | Dividend | J | T | | | | | |
| 160. Global X FDS Nasdaq 100 Covered Call (X) | A | Dividend | K | T | Buy | 10/19/20 | K | | |
| 161. Bexar Cnty Hosp Dist 2020 BE/R 2.14.20 | B | Interest | L | T | Buy | 02/18/20 | L | | |
| 162. Gainesville GA Wtr Swe RV BE/R | B | Interest | K | T | Buy | 03/25/20 | K | | |
| 163. MontgomeryCnty PA IDA Tax SR C | A | Interest | L | T | Buy | 06/29/20 | L | | |
| 164. New Hamphire St Business Tax SR C | | None | L | T | Buy | 08/28/20 | K | | |
| 165. Baytown TX GO Ult BE/R | | None | L | T | Buy | 10/19/20 | L | | |
| 166. Regional Tran Auth LA Asur RV BE | A | Interest | L | T | Buy | 10/30/20 | L | | |
| 167. Hollywood FL Wtr & Swr RV BE/R | A | Interest | L | T | Buy | 10/02/20 | L | | |
| 168. Michigan St BLDG Auth RV | A | Interest | J | T | Buy | 10/06/20 | N | | |
| 169. Performance Trust Strategic Fund CL I | A | Dividend | L | T | Buy | 07/21/20 | K | | |
| 170. Dupont De Nemours Inc (X) | A | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| CRISTOL, A. J. | 07/16/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets) | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171.  Trust # 3 (H) | | | | | | | | | |
| 172.  Transocean Limited REG SHS | | None | J | T | | | | | |
| 173.  Amazon Com Incorporated | | None | N | T | Sold (part) | 05/05/20 | K | | |
| 174. | | | | | Sold (part) | 07/21/20 | O | G | |
| 175. | | | | | Buy | 07/23/20 | K | | |
| 176. | | | | | Buy (add'l) | 09/11/20 | K | | |
| 177. | | | | | Buy (add'l) | 09/18/20 | K | | |
| 178.  Hi-Crush Partners LP Com | | None | | | Sold (part) | 05/05/20 | J | A | |
| 179. | | | | | Sold | 07/24/20 | J | | |
| 180.  Fidus Invt Corporation | D | Dividend | L | T | | | | | |
| 181.  Angel Oak Multi-Strategy Inc Fund Class Instl | D | Dividend | M | T | | | | | |
| 182.  Lord Abbett Floating Rate fD Cl F | D | Dividend | M | T | | | | | |
| 183.  Biogen Inc | | None | K | T | | | | | |
| 184.  Home Depot Inc | A | Dividend | K | T | | | | | |
| 185.  Mastercard Inc CL A | A | Dividend | L | T | | | | | |
| 186.  Mednax Inc | | None | J | T | | | | | |
| 187.  Pepsico Inc | B | Dividend | L | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CRISTOL, A. J. | 07/16/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188.  Walt Disney Co (Holding Co) | A | Dividend | L | T | Buy (add'l) | 02/26/20 | J | | |
| 189.  Dallas Fort Worth TX IN SR C RV | B | Interest | | | Redeemed | 11/02/20 | K | A | |
| 190.  Cisco Systems Inc | B | Dividend | L | T | Buy (add'l) | 07/29/20 | J | | |
| 191.  Coresite Rlty Corp COM Reit | B | Dividend | K | T | | | | | |
| 192.  Facebook Inc Cl A | | None | L | T | Buy (add'l) | 02/26/20 | J | | |
| 193.  Gilead Sciences Inc | A | Dividend | J | T | | | | | |
| 194.  Microsoft Corp | A | Dividend | L | T | | | | | |
| 195.  New Jersey Turnpike Auth SR B RV | B | Interest | K | T | | | | | |
| 196.  Maine ST HSG Auth MTGE P SR C | A | Interest | K | T | Redeemed (part) | 11/18/20 | J | A | |
| 197.  General Electric Co | A | Dividend | K | T | | | | | |
| 198.  Chesapeak Granite Wash Trus | B | Distribution | J | T | | | | | |
| 199.  Citigroup Global Markets T-SS SPX 7/31/2020 | | None | | | Sold | 06/17/20 | L | E | |
| 200.  Goldman Sachs Group Inc Trigger PS EFA | | None | | | Redeemed | 02/28/20 | K | A | |
| 201.  JP Morgan Chase Trigger PS SX5E 4/30/2020 | | None | | | Redeemed | 04/30/20 | J | A | |
| 202.  Transamerica floating rate fund class I | C | Dividend | L | T | | | | | |
| 203.  Atlanta GA ARPT Passenge SR A RV BE/R | B | Interest | L | T | | | | | |
| 204.  Thermo Fisher Scientific Inc | A | Dividend | L | T | Buy (add'l) | 03/09/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CRISTOL, A. J. | 07/16/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205.  WCM Focused International Airport | B | Dividend | L | T | | | | | |
| 206.  Discovery Comm LLC B/E 3.250% 040123 dtd031913 | A | Interest | K | T | | | | | |
| 207.  Verizon Communications 4.150% 031524 DTD 031714 | B | Interest | K | T | | | | | |
| 208.  Verizon Communications 5.150% 091523 DTD 091813 | B | Interest | K | T | | | | | |
| 209.  UBS AG L/O TA-CYN MXEF NKYSX5E | | None | | | Redeemed | 11/19/20 | L | A | |
| 210.  Victory Floating Rate Fund Class Y | D | Dividend | M | T | | | | | |
| 211.  Alpha Centric Income Opportunities Fund Class | D | Dividend | M | T | | | | | |
| 212.  Mc Cormick & Co NV | A | Dividend | L | T | | | | | |
| 213.  Berkshire Hathaway Inc New CL B | | None | K | T | | | | | |
| 214.  Ebay Inc NTS B/E 3.800% DTD 030916 | B | Interest | K | T | | | | | |
| 215.  Hewlett Packard 3.6% 101520 | B | Interest | | | Redeemed | 08/17/20 | K | A | |
| 216.  Wellcare Health Plans Inc (Y) | | | | | | | | | |
| 217.  CVS Caremark Corp Call 4.125%051521 | A | Interest | K | T | Buy (add'l) | 04/02/20 | J | | |
| 218. | | | | | Buy (add'l) | 08/21/20 | J | | |
| 219. | | | | | Buy (add'l) | 09/01/20 | J | | |
| 220.  Adobe Systems Inc NTS 4.75% 020120 | A | Interest | | | Redeemed | 02/03/20 | K | A | |
| 221.  Royal Caribbean Cruises 05.25% 111522 | B | Interest | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CRISTOL, A. J. | 07/16/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222.  American Century High Inc Fund CL I | C | Dividend | L | T | | | | | |
| 223.  Fidelity Natl Inform NTS 4.5% 101522 | A | Interest | | | Redeemed | 01/02/20 | K | A | |
| 224.  Thermo Scientific 4.15% 012421 | B | Interest | L | T | | | | | |
| 225.  Nestles A Sponsored ADR Repstg Reg Shs Switz | B | Dividend | L | T | Buy (add'l) | 02/13/20 | J | | |
| 226. | | | | | Buy (add'l) | 02/26/20 | J | | |
| 227. | | | | | Buy (add'l) | 03/09/20 | J | | |
| 228.  Servicenow.com | | None | K | T | | | | | |
| 229.  Capital Product Partners LP Units MLP | B | Interest | K | T | | | | | |
| 230.  Dupont de Nemours Inc | A | Dividend | L | T | | | | | |
| 231.  Bristol Myers Squibb Co | A | Dividend | J | T | | | | | |
| 232.  RTS Bristol Myers Squibb Co | | None | J | T | | | | | |
| 233.  Dow Inc | B | Dividend | K | T | | | | | |
| 234.  Western Union Co NTS B/E 4.250% | B | Interest | L | T | Buy | 01/06/20 | L | | |
| 235.  Pfizer Inc. | B | Dividend | K | T | Buy | 03/20/20 | K | | |
| 236. | | | | | Buy (add'l) | 06/12/20 | J | | |
| 237.  Kohls Corp NTS B/E 09.500% | B | Dividend | K | T | Buy | 05/13/20 | K | | |
| 238.  Performance Trust Strategic Fund CL I | A | Dividend | K | T | Buy | 06/11/20 | K | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| CRISTOL, A. J. | 07/16/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 239.  Gilead Sciences Inc | | None | K | T | Buy | 06/12/20 | J | | |
| 240. | | | | | Buy<br>(add'l) | 11/30/20 | J | | |
| 241.  Coresite Rlty Corp Com Reit | | None | K | T | Buy | 07/16/20 | J | | |
| 242.  First Trust Tactical High Yield ETF | B | Dividend | L | T | Buy | 07/23/20 | K | | |
| 243. | | | | | Buy<br>(add'l) | 08/14/20 | K | | |
| 244. | | | | | Buy<br>(add'l) | 10/28/20 | K | | |
| 245.  Intl Business Mach | A | Dividend | K | T | Buy | 07/23/20 | K | | |
| 246. | | | | | Buy<br>(add'l) | 08/21/20 | J | | |
| 247. | | | | | Buy<br>(add'l) | 10/09/20 | J | | |
| 248.  Teladoc Health Inc | | None | K | T | Buy | 08/05/20 | K | | |
| 249. | | | | | Buy<br>(add'l) | 09/04/20 | J | | |
| 250. | | | | | Buy<br>(add'l) | 11/02/20 | J | | |
| 251.  Compass Diversified Holdings MLP | A | Distribution | J | T | Buy | 08/21/20 | J | | |
| 252.  Global X FDS Nasdaq 100 Covered Call | B | Interest | K | T | Buy | 09/01/20 | J | | |
| 253. | | | | | Buy<br>(add'l) | 09/17/20 | J | | |
| 254. | | | | | Buy<br>(add'l) | 09/18/20 | J | | |
| 255.  Docusign Inc | | None | K | T | Buy | 09/08/20 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CRISTOL, A. J. | 07/16/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 256. | | | | | Buy (add'l) | 09/18/20 | J | | |
| 257. Campbell Soup Co | A | Dividend | K | T | Buy | 09/18/20 | K | | |
| 258. | | | | | Buy (add'l) | 09/23/20 | K | | |
| 259. Ishares Gold Trust ETF | | None | K | T | Buy | 09/30/20 | K | | |
| 260. | | | | | Buy (add'l) | 11/09/20 | J | | |
| 261. Bramshill Income Performance FD CL | A | Dividend | L | T | Buy | 12/02/20 | K | | |
| 262. Nextera Energy Inc COm | | None | J | T | Buy | 12/04/20 | J | | |
| 263. Centene Corp(X) | | None | | | Sold | 03/04/20 | J | A | |
| 264. CVS Health Corp (X) | A | Dividend | K | T | | | | | |
| 265. Viatris Inc | | None | J | T | Spinoff (from line 235) | 11/17/20 | J | | |
| 266. UBS Traditional (IRA) #2 (H) | | | | | | | | | |
| 267. Seadrill LTD | | None | J | T | | | | | |
| 268. Goldman Sachs Group Inc Trigger PS EFA | | None | | | Redeemed | 02/28/20 | J | A | |
| 269. Morgan Stanley L/O TPAOS SPX SX5E | | None | | | Redeemed | 07/31/20 | J | A | |
| 270. | | | | | | | | | |
| 271. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| CRISTOL, A. J. | 07/16/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ A. J. CRISTOL**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544